OPINION — AG — ** FRANCHISE TAX — UTILITIES ** TOWN AND CITIES IN OKLAHOMA MAY `NOT' LEVY SALES TAXES OR FRANCHISE TAXES WHICH WILL APPLY ONLY TO SALES OF OR RECEIPTS FROM ELECTRICAL OR OTHER ENERGY SERVICES FROM FACILITIES CONSTRUCTED AFTER A CERTAIN DATE. ACCORDINGLY, ALL CITY RESIDENTS WILL BE UNIFORMLY SUBJECT TO SUCH TAXES. (MUNICIPALITY, TAXES, ELECTRICAL, GROSS RECEIPTS) CITE: ARTICLE X, SECTION 9, 68 O.S. 2701 [68-2701], 68 O.S. 2706 [68-2706] [68-2706], 68 O.S. 2602 [68-2602], 68 O.S. 2601 [68-2601], 68 O.S. 2505 [68-2505] (JAMES B. FRANKS) ** SEE: OPINION NO. 87-006